DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ANGELICA FERRER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>                                 )<br>ANGELICA FERRER                  )<br>           Defendant.            )<br>                                 )<br>_____  )<br>                                 ) | No. 06-0387 FCD<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  Dec. 18, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHELLE RODRIGUEZ, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ANGELICA FERRER, that the status conference scheduled for December 4, 2006, be vacated and the matter be continued to this Court's criminal calendar on December 18, 2006, at 10:00 a.m, for status.

   This continuance is requested by the defense in order to permit further client consultation, consultation with the government concerning a number of factual and legal issues and the possibility of reaching a negotiated settlement.  All counsel therefore seek

additional necessary preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 14, 2006 date, and that Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: December 1, 2006          /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 ANGELICA FERRER


Dated: December 1, 2006          /S/ Michelle Rodriguez
                                 Michelle Rodriguez
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: December 4, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE