Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

| | |
|---|---|
| **Offender Name:** | Angelica FERRER |
| **Docket Number:** | 2:06CR00387-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/19/2007 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS C FELONY) |
| **Original Sentence:** | 5 years Probation; $131,174.98 restitution; $100 special assessment; DNA testing |
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; 6 months home detention with electronic monitoring; $25 co-payment for services |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/19/2007 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez        **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Dina Santos, Appointed    **Telephone:** 916-447-0160 |
| **Other Court Action:** | None |

**RE:    Angelica FERRER**
**Docket Number:  2:06CR00387-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. Vacate the special condition for 6 months home detention with electronic monitoring.

2. The probationer shall make monthly restitution payments in the amount of $100, payable to the United States District Court for restitution to the Social Security Administration.

**Justification:**   At the time of initial sentencing, the probationer was already paying the Social Security Administration (SSA) $200 per month toward restitution pursuant to a civil agreement.  Her current balance is $126,794.28.

Shortly following her sentencing, the probationer lost her husband due to complications from a stroke.  Their income at the time was his Social Security benefits and retirement.  Upon her husband's death, both sources of income were terminated.  The probationer reapplied for Social Security benefits and was granted monthly benefits in the amount of $1,008.  She continues to pay $200 per month to SSA pursuant to her civil agreement, which has become a hardship since the death of her husband.  However, the probationer should be paying criminal restitution through the U.S. District Clerk's Office.  In order to avoid the probationer from paying the same debt twice, it is recommended that the Court order monthly payments in the amount of $100.  This order would be forwarded to the SSA to belay their attempts to continue to collect restitution civilly at the same time, and thus, creating a further hardship on the probationer.

RE:   Angelica FERRER
      Docket Number:  2:06CR00387-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

It is also requested the special condition for 6 months home detention with electronic monitoring be vacated, as the probationer would derive no punishment or benefit from this condition.  She is 72 years old, with multiple physical and mental health issues.  She is unable to drive, and relies on friends to take her to appointments and errands.  Placing her in home detention status would serve no purpose at this point in her supervision.  Therefore, it is recommended this special condition be vacated.

Since the above conditions are in favor of the probationer, there is no Waiver of Hearing to Modify Conditions signed by the probationer.

Both the Assistant United States Attorney and defense counsel agree with these modifications.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**
Telephone:  916-786-2989

**DATED:**   January 9, 2008
             Roseville, California
             :DDW/cd


**REVIEWED BY:**         /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

**RE:** Angelica FERRER
   **Docket Number: 2:06CR00387-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

(   )   Modification not approved at this time. Probation Officer to contact Court.

(   )   Other:

January 10, 2008
**Date**                                                                        **Signature of Judicial Officer**

cc:   United States Probation
      Michelle Rodriguez, Assistant United States Attorney
      Dina Santos, Appointed Defense Counsel (via fax: 916-447-2988)
      Defendant
      Court File